UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN RACHEL CLARK,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:25-cv-0795-KES-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING THE COMMISSIONER'S CROSS MOTION, AND REMANDING THE ACTION FOR FURTHER PROCEEDINGS<br><br>(Docs. 13, 15, 16) |

Plaintiff Jaclyn Rachel Clark seeks judicial review of the administrative decision denying Plaintiff's application for benefits under the Social Security Act. Doc. 1. The matter was fully briefed. Doc. 13, 15. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge entered findings and recommendations to direct entry of judgment in Plaintiff's favor and remand to the Commissioner of Social Security for further proceedings. Doc. 16. The court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 16 at 21. The court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson*

*v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court ORDERS:

1. The Findings and Recommendations (Doc. 16) are ADOPTED in full.
2. Plaintiff's Motion for Summary Judgment (Doc. 13) is GRANTED.
3. Defendant's Cross-Motion to affirm the administrative decision (Doc. 15) is DENIED.
4. This action is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Findings and Recommendations (Doc. 16).
5. The Clerk of Court is DIRECTED to terminate all pending motions, and to enter judgment in favor of Plaintiff Jaclyn Rachel Clark and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE